## BERRY v. STATE.

No. 9527.

Court of Civil Appeals of Texas.
San Antonio.

Feb. 27, 1935.

Conger, Low & Spears, of San Antonio, for appellant.

John R. Shook and W. C. Linden, Sr., both of San Antonio, for the State.

BICKETT, Chief Justice.

The order of the district court, from which an appeal has been attempted to be perfected, was a temporary restraining order and not a temporary injunction.

Under our practice, there is no appeal from a temporary restraining order. Article 4662, Revised Civil Statutes of Texas (1925); Riggins v. Thompson, 96 Tex. 154, 71 S. W. 14; Ex parte Zuccaro, 106 Tex. 197, 163 S. W. 579, Ann. Cas. 1917B, 121; Lark v. Coyle (Tex. Civ. App.) 260 S. W. 1107; Johnson v. Sunset Stores, Inc. (Tex. Civ. App.) 27 S.W.(2d) 644.

The appeal is therefore dismissed for want of jurisdiction.